# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Gould, | No. CV-20-00067-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Bank of America Corporation, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation of Dismissal. (Doc. 12.) For good cause shown,

**IT IS ORDERED** that case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 23rd day of April, 2020.

Douglas L. Rayes
United States District Judge